Judge: Christopher M. Alston
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

STANLEY J. CAREY and
MARY K. CAREY,

    Debtors.

Case No. 22-11595-CMA

*EX PARTE* APPLICATION FOR 2004 ORDER AUTHORIZING CHAPTER 7 TRUSTEE JEFFREY I. GOLDEN TO COMPEL PRODUCTION OF DOCUMENTS AND DECLARATION IN SUPPORT THEREOF

    Jeffrey I. Golden, Chapter 7 Trustee, moves this court for an *ex parte* order compelling production of documents by Nancy Chesnutt ("Chesnutt"), specifically records related to the alleged landlord-tenant relationship between debtors Stanley J. Carey and Mary K. Carey and Chesnutt.

Date: November 13, 2023

RAMSAUR LAW OFFICE

/s/ Brett H. Ramsaur
Brett H. Ramsaur, WSBA #41980
Special Litigation Counsel for
Chapter 7 Trustee, Jeffrey I. Golden

APPLICATION FOR 2004 ORDER – 1

950 PACIFIC AVENUE, SUITE 1030
TACOMA, WA 98402
TEL: 253.720.4230

Case 22-11595-CMA    Doc 139    Filed 11/13/23    Ent. 11/13/23 12:21:32    Pg. 1 of 2

# DECLARATION OF BRETT H. RAMSAUR

I, Brett H. Ramsaur, declare and state as follows:

1. I am the Special Litigation Counsel for Chapter 7 Trustee, Jeffrey I. Golden (the "Trustee") in this case. I make this declaration from my personal knowledge, and I am competent to testify.

2. The Trustee is investigating the financial transactions, assets and liabilities of debtors Stanley J. Carey and Mary K. Carey ("Debtors"). I am seeking documentation of any lease agreement(s) and other financial transactions between Debtors and Nancy Chesnutt, along with payment devices evidencing the same. The Trustee is seeking a 2004 order which authorizes the Trustee to compel the production of those records by the date set forth in a subpoena to be issued by me.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge. Signed and dated this 13th day of November, 2023 at Tacoma, Washington.

RAMSAUR LAW OFFICE

/s/ Brett H. Ramsaur
Brett H. Ramsaur, WSBA #41980

APPLICATION FOR 2004 ORDER – 2